# Exhibit K

IN THE CIRCUIT COURT FOR BALTIMORE CITY
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

FORM FILED BY: ☐ PLAINTIFF ☐ DEFENDANT    CASE NUMBER _____ (Clerk to insert)

CASE NAME: FREDERICK KNOTT SR, et al vs. PAU;L A DIEM, ET AL
              Plaintiff                        Defendant

PARTY'S NAME: FREDERICK KNOTT, SR.
PARTY'S ADDRESS: 5210 TRAMORE ROAD, BALTO. MD.    PHONE: _____ (Daytime phone)
PARTY'S E-MAIL: _____

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: RICHARD J. HACKERMAN    PHONE: 410 243 8800
PARTY'S ATTORNEY'S ADDRESS: 116 WEST UNIVERSITY PARKWAY, BALTO. MD. 21210
PARTY'S ATTORNEY'S E-MAIL: RICHARD@RICHARDHACKERMAN.COM

JURY DEMAND? ☐ Yes ☒ No
RELATED CASE PENDING? ☐ Yes ☒ No    If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL: _____ hours or 1 days

### PLEADING TYPE

New Case:    ☒ Original           ☐ Administrative Appeal    ☐ Appeal
Existing Case: ☐ Post-Judgment    ☐ Amendment

*If filing in an existing case, skip Case Category/ Subcategory section - go to Relief section.*

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt:_____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☒ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☒ Ownership
- ☐ Partition/Sale in Lieu
- ☒ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☒ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 11/2016)                Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated Liability above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|
| ☐ Under $10,000     ☐ $10,000 - $30,000     ☐ $30,000 - $100,000     ☐ Over $100,000 |
| ☐ Medical Bills $_____     ☐ Wage Loss $_____     ☐ Property Damages $_____ |

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|
| Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply) |
| A. Mediation    ☐ Yes  ☒ No          C. Settlement Conference  ☒ Yes  ☐ No |
| B. Arbitration  ☐ Yes  ☒ No          D. Neutral Evaluation      ☐ Yes  ☒ No |

| SPECIAL REQUIREMENTS |
|---|
| ☐ If a Spoken Language Interpreter is needed, check here and attach form CC-DC-041 |
| ☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check here and attach form CC-DC-049 |

| ESTIMATED LENGTH OF TRIAL |
|---|
| *With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.* |
| *(Case will be tracked accordingly)* |
| ☐ 1/2 day of trial or less          ☐ 3 days of trial time |
| ☐ 1 day of trial time               ☐ More than 3 days of trial time |
| ☐ 2 days of trial time |

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|
| *For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.* |
| ☐ Expedited- Trial within 7 months          ☐ Standard - Trial within 18 months of |
| of Defendant's response                              Defendant's response |
| EMERGENCY RELIEF REQUESTED |

CC-DCM-002 (Rev. 11/2016)          Page 2 of 3

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☒ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____ |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

DECEMBER 29, 2016
Date

116 WEST UNIVERSITY PARKWAY
Address

BALTIMORE, MARYLAND 21210
City, State, Zip

Signature of Counsel / Party
RICHARD J. HACKERMAN
Printed Name

| | |
|---|---|
| **FREDRICK KNOTT SR.**<br>5210 TRAMORE RD.<br>BALTIMORE MD 21214<br>PLAINTIFF<br><br>AND<br><br>**JOHN LESCHEFSKY**<br>GREEN MEADOWS DR.<br>DAILSTOWN, PA 17313<br>PLAINTIFF<br><br>V.<br><br>**PAUL A DIEM**<br>1517 WEST 36th ST.<br>BALTIMORE, MD 21211<br>DEFENDANT<br><br>AND<br><br>**STATE EMPLOYEES CREDIT UNION OF MARYLAND, INC.**<br>971 CORPORATE BLVD<br>LINTHICUM HEIGHTS, MD 21090<br>BY SERVICE UPON IT THE RESIDENT AGENT:<br>THE CORPORATION TRUST INC.<br>351 WEST CAMDEN ST.<br>BALTIMORE, MD 21201<br>DEFENDANT<br><br>AND<br><br>**JOHN F. BROWN, TRUSTEE**<br>8501 LASALLE RD. SUITE 212<br>BALTIMORE, MD 21286-5980<br>DEFENDANT<br><br>AND | IN THE<br><br>CIRCUIT COURT<br><br>FOR<br><br>BALTIMORE CITY<br><br>Case No.:<br><br>2016 DEC 29 PM 2:43<br>CIVIL DIVISION |

JAMES R. BROWN, III, TRUSTEE         *
8501 LASALLE RD SUITE 212            *
BALTIMORE, MD 21286-5980
    DEFENDANT                        *
*********************************************************************

## COMPLAINT

Now comes the Plaintiffs, Fredrick Knott Sr. and John Leschefshy by their counsel, Richard J. Hackerman, and brings this action against Defendants, Paul A Diem, State Employees Credit Union Of Maryland, Inc., John F. Brown Trustee, and James R. Brown, III, Trustee, and for reason says:

1. Jurisdiction and venue in Baltimore City is proper in this case as all events occurred in the City of Baltimore.

2. Plaintiffs, Fredrick Knott Sr. and John Leschefshy purchased the real property known as 1517 West 36th St Baltimore, Md 21211, hereinafter "the property" on June 11, 2009 by deed recorded among the Land Records of Baltimore City, Maryland at Liber 11754 Folio 346. Simultaneous thereto a purchase money mortgage was entered into by Plaintiffs as mortgagors to Boardwalk 2001, LLC, mortgagee with respect to a $40,000.00 purchase money loan entered into on said date. The mortgage is recorded among the Land Records of Baltimore City at Liber 11754 Folio 350.

3. On September 23, 2011 the Plaintiff, Fredrick Knott Sr. filed for relief under Chapter 7 of the Bankruptcy Code.

4. An order for relief was entered in this case on September 23, 2011 pursuant to 11 U.S.C § 301, thus triggering an automatic stay, pursuant to 11 U.S.C. § 362(a) of all debt collection activity against the Debtors. Section 362(a) of the Bankruptcy Code provides:

(a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303

of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of— (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;(4) any act to create, perfect, or enforce any lien against property of the estate; (5)any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title; (6) any act to collect, assess, or recover a claim against the debt or that arose before the commencement of the case under this title; (7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and (8) the commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title.

5. On January 6, 2012 Plaintiff Knott received a bankruptcy discharge. On February 7, 2012 a final decree was entered in the bankruptcy case.

6. Duly listed creditors included Boardwalk 2001 LLC and Jay A. Dackman, Esquire, its principal, member and owner as well as its' counsel.

7. On July 11, 2011 Boardwalk 2001 LLC filed a foreclosure action against the Plaintiffs with respect to the real property known as 1517 West 36th Street, Baltimore, Maryland.

8. Despite actual notice of the filing of the bankruptcy, Boardwalk 2001 LLC through its counsel Jay Dackman, Esquire conducted the foreclosure sale on November 18, 2011, while Plaintiff Knott was in the Chapter 7 Bankruptcy case and the automatic stay of Section 362 of the Bankruptcy Code was in effect. Numerous pleadings were filed in the foreclosure case while the automatic stay was in effect. The foreclosure is a nullity under applicable law.

9. The property was purchased at the foreclosure auction by Virginia Mathias by deed dated May 10, 2012, recorded among the land records of Baltimore City at Liber 14342, folio 368. Upon information and belief Ms. Mathias then sold the property to Boardwalk, 2001, LLC by deed dated September 25, 2012.

10. Defendant Paul A. Diem purchased the property on October 16, 2012 by deed recorded among the Land Records of Baltimore City, Maryland at Liber 14679 Folio 245. On said date Mr. Diem entered into a loan, executed a promissory note and a deed of trust in favor of State Employees Credit Union Of Maryland, Inc., Lender/Beneficiary and John F. Brown, and James R. Brown, III , Tthe Trustees named in the deed of trust. The deed of trust is recorded among the Land Records of Baltimore City, Maryland at Liber 14679 folio 252.

11. Defendants have no claim or right to any portion of the property. Plaintiffs are the owners of the subject property.

12. The Plaintiffs seek to remove any cloud from their title to the property resulting from the sale of the property in violation of the the automatic stay of Section 362 of the Bankruptcy Code which was in effect at the time of the foreclosure auction and the subsequent purchase and loan transaction with respect to the property by Mr. Diem.

## COUNT ONE

### QUIET TITLE

13. The foregoing paragraphs are incorporated herein by reference. The sale which took place during the time the automatic stay and/or the discharge injunction was in effect was a nullity.

14. Defendants have no claim or right to all or any portion of the property. The property is owned by the Plaintiffs.

15. Plaintiffs seek to remove any cloud from their title to the property.

## COUNT TWO

### DECLARATORY JUDGMENT

### COURTS AND JUDICIAL PROCEEDINGS SECTION 3-409

16. The foregoing paragraphs are incorporated herein by reference. The sale which took place during the time the automatic stay and/or the discharge injunction was in effect is a nullity.

17. Plaintiffs are seeking a judgment declaring the sale a nullity and that they are the owners of the property.

18. There exists an actual controversy with respect to the ownership of the property, antagonistic claims are present between the parties involved which indicate imminent and inevitable litigation and presumably Defendants assert an interest in the property.

## COUNT THREE
## DECLARATORY JUDGMENT
## COURTS AND JUDICIAL PROCEEDINGS SECTION 3-406

19. The foregoing paragraphs are incorporated herein by reference. The sale which took place during the time the automatic stay and/or the discharge injunction was in effect was a nullity.

20. Plaintiffs are seeking a judgment declaring same and that they are the owners of the property.

21. There exists an actual controversy with respect to the ownership of the property. Section 3-406 of the Courts and Judicial Proceedings Article provides: "Any person interested under a deed, will, trust, land patent, written contract, or other writing constituting a contract, or whose rights, status, or

other legal relations are affected by a statute, municipal ordinance, administrative rule or regulation, contract, or franchise, may have determined any question of construction or validity arising under the instrument, statute, ordinance, administrative rule or regulation, land patent, contract, or franchise and obtain a declaration of rights, status, or other legal relations under it."

WHEREFORE, Plaintiffs request an Order:

A. For a declaration that the foreclosure sale of the property is a nullity.

B. For a declaration that the Plaintiffs are the leasehold owners of the property.

C. That the Defendants have no interest in the property.

D. That Plaintiffs be awarded their reasonable counsel fees and costs.

E. For such other and further relief as the nature of this cause may require.

Richard J. Hackerman
Attorney for the Plaintiffs
116 West University Parkway
Baltimore, MD 21210
410-243-8800

## VERIFICATION

I DECLARE UNDER PENALTY OF PERJURY THAT THE CONTENTS OF THE AFOREGOING COMPLAINT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
FREDERICK KNOTT, SR.

_____
JOHN LESCHEFSKY